# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1585
Lower Tribunal No. 2021-CA-5963-O
_____

SEAN J. HARTIGAN, as Personal Representative of the ESTATE OF ERIN E. HARTIGAN, deceased and on behalf of all lawful survivors,

Appellants,

v.

ORLANDO HEALTH, INC. d/b/a ORLANDO REGIONAL MEDICAL CENTER and WILLIAM FRANKLIN,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellants.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellee, Orlando Heath, Inc. d/b/a Orlando Regional Medical Center.

No Appearance for Appellee, William Franklin.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED